MRS. T. L. CLAYTON, ADMINISTRATRIX OF F. L. CLAYTON, DECEASED v. NORTH CAROLINA STATE HIGHWAY & PUBLIC WORKS COMMISSION.

(Filed 20 November, 1957)

APPEAL by defendant from *Hall, J.*, February, 1957 Civil Term, FRANKLIN Superior Court.

Proceeding under Tort Claims Act for damages alleged to have been caused by the negligence of an employee of the defendant.

*George B. Patton, Attorney General; R. Brookes Peters, Asst. Attorney General and Parks H. Icenhour, Staff Attorney, for the State.*
*Gaither M. Beam, for plaintiff, appellee.*

PER CURIAM. The facts in this case are fully stated in the case of *D. H. Tucker v. State Highway & Public Works Commission, ante,* 171, decided this day. Under the authority of that case, the order of Judge HALL is

Modified and Affirmed.